James SOLOMON, Plaintiff–Appellant,

v.

Nurse WILLIAMS; LT. Green,
Defendants–Appellees,

and

Frank L. Perry; George T. Solomon; Dr. Paula Smith; Ms. Lynch; Vincent Ramsey; Mr. Forrest; John Does, 1-100; Jane Does, 1-100, Defendants.

No. 16-7249

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 22, 2016

James Solomon, Appellant Pro Se. Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Solomon appeals the district court's order granting summary judgment to the Defendants in Solomon's 42 U.S.C. § 1983 (2012) action. We have reviewed the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Solomon v. Williams, No. 5:15-ct-03028-D (E.D.N.C. Aug. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED